# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LARRY WEST,** | Civil File No. 2:15-cv-02224 |
| **Plaintiff,** | |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **SUNRISE CREDIT SERVICES, INC.,** | |
| **Defendant.** | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

By: /s/ J. Mark Meinhardt
J. Mark Meinhardt, # 20245
14441 W. McDowell Rd., Suite B102
Goodyear, AZ 85395
Telephone:     (913) 451-9797
Email:             meinhardtlaw@gmail.com
**ATTORNEY FOR PLAINTIFF**